## BOARD OF COMM'RS OF HENDERSON COUNTY v. BOARD OF COMM'RS OF RUTHERFORD COUNTY.

Actions against a Board of County Commissioners, must be brought to the Superior Court of the County wherein those Commissioners reside.

(*Steele* v. *Commissioners of Rutherford County, ante* 137, cited and approved.)

CIVIL ACTION, an application for a *mandamus*, heard 8th September, 1873, before *Henry, J.,* at Chambers, in HENDERSON county.

The plaintiff, alleging that the Commissioners of Rutherford county owe the Commissioners of Henderson $2,371.66, apply for a *mandamus* to compel its payment.

Defendants demur for want of jurisdiction. His Honor sustaining the demurrer, dismissed the complaint, whereupon plaintiffs appealed.

*J. H. Merrimon,* for the appellant.

*Carson,* and *J. C. L. Harris,* contra.

READE, J. The question in this case is the same as in *Steele* v. *Commissioners of Rutherford County,* ante 137, at this term, and the decision is the same, and for the same reason. The Board of Commissioners of a county must be sued in the county of which they are Commissioners.

There is no error.

PER CURIAM. Judgment affirmed.